UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN CHRISTIAN,<br><br>      Plaintiff,<br><br>  -against-<br><br>MAYOR ERIC ADAMS,<br><br>      Defendant. | 1:22-CV-1780 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued June 22, 2022, dismissing this action for failure to state a claim on which relief may be granted,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 23, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge